IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE C. NNONA, on behalf of himself and others,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT MERCHANTS CREDIT CARD BANK, N.A., and METRIS COMPANIES, INC.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

04 CV 10400 REK

MAGISTRATE JUDGE Alexander

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3(A), defendants Metris Companies, Inc. ("Metris") and Direct Merchants Credit Card Bank, N.A. ("DMCCB"), by and through their undersigned counsel, report as follows:

(1) <u>Parent Corporation of Metris</u>:  None.

(2) <u>Parent Corporation of DMCCB</u>:  Metris Direct, Inc., a wholly-owned subsidiary of Metris.

(3) <u>Publicly-held companies owning more than 10% of Metris</u>:  None.

(4) <u>Publicly-held companies owning more than 10% of DMCCB</u>:  None.

Respectfully submitted,

DIRECT MERCHANTS CREDIT CARD BANK,
N.A. and METRIS COMPANIES, INC.

By their attorneys,

Thomas M. Hefferon (BBO# 548289)
GOODWIN PROCTER LLP
1717 Pennsylvania Ave., NW
Suite 500
Washington, DC  20006
(202) 974-1000

Brooks R. Brown (BBO# 634144)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA  02109
(617) 570-1000

CERTIFICATE OF SERVICE

I hereby certify that a true copy of
the above document was served upon
(each other party appearing pro se and) the
attorney of record for each other party
by mail (by hand) on February 27, 2004.

Dated:  February 27, 2004