UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE C. NNONA, on behalf of himself and others,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT MERCHANTS CREDIT CARD BANK, N.A. and METRIS COMPANIES, INC.,<br><br>Defendants. | Civil Action No.: 04 cv 10400 (REK) |

## STIPULATION TO EXTEND TIME

Plaintiff George C. Nnona ("Plaintiff") and defendants Direct Merchants Credit Card Bank, N.A. ("DMCCB") and Metris Companies, Inc. ("Metris"), by and through their attorneys, hereby agree and stipulate that DMCCB and Metris shall have up to and including March 15, 2004 to answer or otherwise plead in response to the Plaintiff's Verified Complaint.

Respectfully submitted,

GEORGE C. NNONA

By his attorney,

_____
Evans J. Carter (BBO #076560)
HARGRAVES, KARB, WILCOX
& GALVANI, LLP
550 Cochituate Road – P.O Box 966
Framingham, MA 01701-0966
(508) 620-1040

Dated: March 1, 2004
LIBA/1359155.1

DIRECT MERCHANTS CREDIT CARD BANK, N.A. and METRIS COMPANIES, INC.

By their attorneys,

_____
Thomas M. Hefferon (BBO #548289)
GOODWIN PROCTER LLP
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 974-1029
&
Brooks R. Brown (BBO # 634144)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000