UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE C. NNONA, on behalf
of himself and others,

    Plaintiff,

v.

DIRECT MERCHANTS CREDIT
CARD BANK, N.A., and METRIS
COMPANIES, INC.,

    Defendants.

CIVIL ACTION
NO. 04-10400-REK

## NOTICE OF FILING CERTIFIED COPIES OF STATE COURT PROCEEDINGS

Pursuant to Local Rule 81.1, Defendants hereby file certified copies of all records and proceedings and all docket entries in Commonwealth of Massachusetts Superior Court, Middlesex County, Civil Action No. 04-285, which was removed to this Court on February 27, 2004.

Respectfully submitted,

DIRECT MERCHANTS CREDIT CARD
BANK, N.A., and METRIS COMPANIES,
INC.,

By their attorneys,

_/s/ Thomas M. Hefferon_
Thomas M. Hefferon (BBO# 548289)
GOODWIN PROCTER LLP
1717 Pennsylvania Ave., NW
Suite 500
Washington, DC 20006
(202) 974-1000
    and
Brooks R. Brown (BBO# 634144)
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney(s) of record for each other by mail/hand on _March 10, 2004_

_/s/_

Dated: March 10, 2004

LIBA/1359274.1