UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE C. NNONA, on behalf of himself and others,<br><br>      Plaintiff,<br><br>v.<br><br>DIRECT MERCHANTS CREDIT CARD BANK, N.A. and METRIS COMPANIES, INC.,<br><br>      Defendants. | Civil Action No.: 04 cv 10400 (REK) |

## STIPULATION TO EXTEND TIME

Plaintiff George C. Nnona ("Plaintiff") and defendants Direct Merchants Credit Card Bank, N.A. ("DMCCB") and Metris Companies, Inc. ("Metris"), by and through their attorneys, hereby agree and stipulate that DMCCB and Metris shall have up to and including March 23, 2004 to answer or otherwise plead in response to the Plaintiff's Verified Complaint.

Respectfully submitted,

| GEORGE C. NNONA | DIRECT MERCHANTS CREDIT CARD BANK, N.A. and METRIS COMPANIES, INC. |
|---|---|
| By his attorney, | By their attorneys, |
| *Evans J. Carter /BRB* | *Brooks R Brown* |
| Evans J. Carter (BBO #076560)<br>HARGRAVES, KARB, WILCOX & GALVANI, LLP<br>550 Cochituate Road – P.O Box 966<br>Framingham, MA 01701-0966<br>(508) 620-1040 | Thomas M. Hefferon (BBO #548289)<br>GOODWIN PROCTER LLP<br>1717 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>(202) 974-1029<br>&<br>Brooks R. Brown (BBO # 634144)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109-2881<br>(617) 570-1000 |
| Dated: March 10, 2004 | |

LIBA/1361486.1

**GOODWIN | PROCTER**

Brooks R. Brown
617.570.1837
bbrown@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.227.8591

March 10, 2004

**By Hand**

United States District Court
Office of the Clerk
United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA 02210

Re:   *Nnona v. Direct Merchants Credit Card Bank, N.A. and Metris Companies, Inc;*
      *Civil Action No. 04-10400-REK*

Dear Sir/Madam:

Enclosed for filing in the above-referenced case please find a Stipulation to Extend Time.

Kindly acknowledge receipt and filing thereof by stamping the enclosed copy of this letter and returning it to my messenger. Thank you for your assistance in this matter.

Sincerely yours,

Brooks R. Brown

BRB:mtg
Enclosures
cc:   Evans J. Carter, Esq.
      Thomas M. Hefferon, Esq.

LIBA/1361493.1