UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE C. NNONA,

        Plaintiff,

    v.

DIRECT MERCHANTS CREDIT CARD
BANK, N.A. and METRIS COMPANIES,
INC.,

        Defendants.

Civil Action No.: 04 cv 10400 (REK)

## STIPULATION TO EXTEND TIME

Plaintiff George C. Nnona ("Plaintiff") and defendants Direct Merchants Credit Card Bank,

N.A. ("DMCCB") and Metris Companies Inc. ("Metris"), by and through their attorneys, hereby

agree and stipulate that, inasmuch as the parties are currently engaged in active settlement

negotiations aimed at resolving this matter, DMCCB and Metris shall have up to and including

April 2, 2004 to answer or otherwise plead in response to the Plaintiff's Verified Complaint.

Respectfully submitted,

GEORGE C. NNONA

By his attorney,

*Evans J. Carter /BRB*

Evans J. Carter (BBO #076560)
HARGRAVES, KARB, WILCOX
& GALVANI, LLP
550 Cochituate Road – P.O Box 966
Framingham, MA  01701-0966
(508) 620-1040

DIRECT MERCHANTS CREDIT CARD BANK,
N.A. and METRIS COMPANIES, INC.

By their attorneys,

*Brooks R. Brown*

Thomas M. Hefferon (BBO #548289)
GOODWIN PROCTER LLP
1717 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 974-1029

Brooks R. Brown (BBO # 634144)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

Dated: March 23, 2004

# GOODWIN PROCTER

Brooks R. Brown
617.570.1837
bbrown@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.227.8591

March 23, 2004

**By Hand**

United States District Court
Office of the Clerk
United States Courthouse
One Courthouse Way, Suite 2300
Boston, MA  02210

Re:    *Nnona v. Direct Merchants Credit Card Bank, N.A. and Metris Companies, Inc;*
         *Civil Action No. 04-10400-REK*

Dear Sir/Madam:

Enclosed for filing in the above-referenced case please find a Stipulation to Extend Time.

Kindly acknowledge receipt and filing thereof by stamping the enclosed copy of this letter and returning it to my messenger.  Thank you for your assistance in this matter.

Sincerely yours,

Brooks R. Brown

Enclosures
cc:    Evans J. Carter, Esq.
         Thomas M. Hefferon, Esq.

LIBA/1361493.2