UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GEORGE C. NNONA,

    Plaintiff,

v.

DIRECT MERCHANTS CREDIT CARD
BANK, N.A. and METRIS COMPANIES,
INC.,

    Defendants.

Civil Action No.: 04 cv 10400 (REK)

## STIPULATION TO EXTEND TIME

Plaintiff George C. Nnona ("Plaintiff") and defendants Direct Merchants Credit Card Bank, N.A. ("DMCCB") and Metris Companies Inc. ("Metris"), by and through their attorneys, hereby agree and stipulate that, inasmuch as the parties have agreed upon the parameters of a settlement and are in the process of negotiating a formal settlement agreement, DMCCB and Metris shall have up to and including April 14, 2004 to answer or otherwise plead in response to the Plaintiff's Verified Complaint.

Respectfully submitted,

GEORGE C. NNONA

By his attorney,

_____
Evans J. Carter (BBO #076560)
HARGRAVES, KARB, WILCOX
& GALVANI, LLP
550 Cochituate Road – P.O Box 966
Framingham, MA 01701-0966
(508) 620-1040

Dated: April 2, 2004

DIRECT MERCHANTS CREDIT CARD BANK,
N.A. and METRIS COMPANIES, INC.

By their attorneys,

_____
Thomas M. Hefferon (BBO #548289)
GOODWIN PROCTER LLP
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 974-1029

Brooks R. Brown (BBO # 634144)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

LIBA/1364528.1