UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE C. NNONA,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT MERCHANTS CREDIT CARD BANK, N.A. and METRIS COMPANIES, INC.,<br><br>Defendants. | Civil Action No.: 04 cv 10400 (REK) |

## STIPULATION TO EXTEND TIME

Plaintiff George C. Nnona ("Plaintiff") and defendants Direct Merchants Credit Card Bank, N.A. ("DMCCB") and Metris Companies Inc. ("Metris"), by and through their attorneys, hereby agree and stipulate that, inasmuch as the parties have agreed upon the parameters of a settlement and are in the process of negotiating a formal settlement agreement, DMCCB and Metris shall have up to and including May 7, 2004 to answer or otherwise plead in response to the Plaintiff's Verified Complaint.

Respectfully submitted,

| GEORGE C. NNONA | DIRECT MERCHANTS CREDIT CARD BANK, N.A. and METRIS COMPANIES, INC. |
|---|---|
| By his attorney, | By their attorneys, |
| *[signature]* | *[signature]* |
| Evans J. Carter (BBO #076560)<br>HARGRAVES, KARB, WILCOX<br>& GALVANI, LLP<br>550 Cochituate Road – P.O Box 966<br>Framingham, MA 01701-0966<br>(508) 620-1040 | Thomas M. Hefferon (BBO #548289)<br>GOODWIN PROCTER LLP<br>1717 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20006<br>(202) 974-1029<br><br>Brooks R. Brown (BBO # 634144)<br>GOODWIN PROCTER LLP<br>Exchange Place<br>Boston, MA 02109-2881 |
| Dated: April 23, 2004 | (617) 570-1000 |

LIBA/1364528.1