UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE C. NNONA,<br><br>     Plaintiff,<br><br>v.<br><br>DIRECT MERCHANTS CREDIT CARD<br>BANK, N.A. and METRIS COMPANIES,<br>INC.,<br><br>     Defendants. | 2004 MAY -7 P 5: 00<br><br>Civil Action No. 04-cv-10400 (REK) |

## STIPULATION TO EXTEND TIME

Plaintiff George C. Nnona ("Plaintiff") and defendants Direct Merchants Credit Card Bank,

N.A. ("DMCCB") and Metris Companies Inc. ("Metris"), by and through their attorneys, hereby

agree and stipulate that, inasmuch as the parties have agreed upon the parameters of a settlement

and are negotiating a formal settlement agreement, but which agreement cannot be finalized until

Plaintiff returns from a month-long trip abroad, DMCCB and Metris shall have up to and including

June 11, 2004 to answer or otherwise plead in response to the Plaintiff's Verified Complaint.

Respectfully submitted,

GEORGE C. NNONA

By his attorney,

*Evans J. Carter /BLB*
_____
Evans J. Carter (BBO #076560)
HARGRAVES, KARB, WILCOX
& GALVANI, LLP
550 Cochituate Road – P.O Box 966
Framingham, MA 01701-0966
(508) 620-0140

Dated: May 7, 2004

DIRECT MERCHANTS CREDIT CARD BANK,
N.A. and METRIS COMPANIES, INC.

By their attorneys,

*Brooks R. Brown*
_____
Thomas M. Hefferon (BBO #548289)
GOODWIN PROCTER LLP
1717 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
(202) 974-1029

Brooks R. Brown (BBO # 634144)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000