UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE C. NNONA,<br><br>Plaintiff,<br><br>v.<br><br>DIRECT MERCHANTS CREDIT CARD BANK, N.A. and METRIS COMPANIES, INC.,<br><br>Defendants. | Civil Action No.: 04 cv 10400 (REK) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff George C. Nnona and defendants Direct Merchants Credit Card Bank, N.A. and Metris Companies Inc., by and through their attorneys, hereby jointly stipulate to the dismissal of the above-captioned action **with prejudice**, without costs and fees, and waiving all rights of appeal.

Respectfully submitted,

GEORGE C. NNONA

By his attorney,

/s/ Evans J. Carter
Evans J. Carter (BBO #076560)
HARGRAVES, KARB, WILCOX
& GALVANI, LLP
550 Cochituate Road – P.O Box 966
Framingham, MA 01701-0966
(508) 620-1040

Dated: June 17, 2004

DIRECT MERCHANTS CREDIT CARD BANK, N.A. and METRIS COMPANIES INC.

By their attorneys,

/s/ Thomas M. Hefferon
Thomas M. Hefferon (BBO #548289)
GOODWIN PROCTER LLP
1717 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 974-1029

&

Brooks R. Brown (BBO # 634144)
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109-2881
(617) 570-1000

LIBA/1368153.1